**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**

www.flsb.uscourts.gov

### CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____  Original Plan

■ 9th _____  Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)

☐ _____  Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: Cliff Graham _____  JOINT DEBTOR: _____  CASE NO.: 23-19097-MAM _____

SS#: xxx-xx- 6058 _____  SS#: xxx-xx- _____

## I.  NOTICES

To Debtors:  Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

To Creditors:  Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

To All Parties:  The plan contains no nonstandard provisions other than those set out in paragraph IX. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ■ Included | ☐ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ■ Not included |
| Nonstandard provisions, set out in Section IX | ☐ Included | ■ Not included |

## II.  PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

**A.  MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. $3,620.11 _____ for months _1_ to_____ ;

2. $3,674.01 _____ for months _2_ to _54_ ;

3. $3,773.01 _____ for months _55_ to _60_ ;

**B.  DEBTOR(S)' ATTORNEY'S FEE:**  ☐ NONE  ☐ PRO BONO

| Total Fees: $5,025.00 | Total Paid: $1,500.00 | Balance Due: $3,525.00 |
|---|---|---|

Payable ____$705.00____ /month (Months _1_ to _5_ )

Allowed fees under LR 2016-l(B)(2) are itemized below:
$525 inc $25 cost for m2value car

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

## III.  TREATMENT OF SECURED CLAIMS  ☐ NONE

**A.  SECURED CLAIMS:**  ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

1. Creditor: Don Schlichtmann

Address: c/o Kalish & Jaggars, PLLC 2161 Palm Beach Lakes Blvd, Ste 309 West Palm Beach FL 33409

| | |
|---|---|
| Arrearage/ Payoff on Petition Date | $71,111.40 |
| Payoff (Including 10% monthly interest) | $538.94 /month (Months _1_ to _5_ ) |
| Payoff (Including 10% monthly interest) | $1,243.94 /month (Months _6_ to _60_ ) |

LF-31 (rev. 04/01/22)

Debtor(s): Cliff Graham _____ Case number: 23-19097-MAM

Last 4 Digits of
Account No.: _____ none _____

Other: $55,781.60+ 10% int _____

■ Real Property                          Check one below for Real Property:

   ■ Principal Residence              ☐ Escrow is included in the regular payments

   ☐ Other Real Property              ■ The debtor(s) will pay   ■ taxes   ■ insurance directly

Address of Collateral:
1500 N Congress Ave West Palm Beach, FL 33401
(Claim #12)

☐ Personal Property/Vehicle

Description of Collateral: _____

---

2.  Creditor: D.B. Investments 3, LLC _____

   Address: c/o Law Offices of Dane | Arrearage/ Payoff on Petition Date | $55,012.20
Stanish PA 3475 Sheridan
St, Ste 209 Hollywood FL
33021

Payoff (Including 8.54% monthly interest    $916.87   /month (Months  1  to 60 )

Last 4 Digits of
Account No.: _____ none _____

Other: $44,647.50 + 8.54% = $55,012.20 _____

■ Real Property                          Check one below for Real Property:

   ■ Principal Residence              ☐ Escrow is included in the regular payments

   ☐ Other Real Property              ■ The debtor(s) will pay   ■ taxes   ■ insurance directly

Address of Collateral:
1500 N Congress Ave West Palm Beach, FL 33401
(Claim #5)

☐ Personal Property/Vehicle

Description of Collateral: _____

---

3.  Creditor: Cross Creek Condominium Assoc

   Address: c/o Stoloff & Manoff PA
1818 Australian Ave
South, Ste 400 West Palm
Beach FL 33409

| | | | |
|---|---|---|---|
| Arrearage/ Payoff on Petition Date | 19,025.01 | | |
| Arrears Payment (Cure) | $317.08 | /month (Months 1 | to 60 ) |
| Regular Payment (Maintain) | $316.00 | /month (Months 1 | to ___ ) |
| Regular Payment (Maintain) | $365.00 | /month (Months 2 | to 60 ) |

Last 4 Digits of
Account No.: _____ none _____

Other: _____

■ Real Property                          Check one below for Real Property:

   ■ Principal Residence              ☐ Escrow is included in the regular payments

   ☐ Other Real Property              ■ The debtor(s) will pay   ■ taxes   ■ insurance directly

Address of Collateral:
1500 N Congress Ave West Palm Beach, FL 33401
(Claim #3)

☐ Personal Property/Vehicle

Description of Collateral: _____

**B.  VALUATION OF COLLATERAL:**   ☐ NONE

LF-31 (rev. 04/01/22)                          Page 2 of 4

Debtor(s): Cliff Graham _____   Case number: 23-19097-MAM

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED UPON YOU PURSUANT TO BR 7004 AND LR 3015-3.

**1. REAL PROPERTY:** ■ NONE

**2. VEHICLES(S):** ☐ NONE

| | | |
|---|---|---|
| 1. Creditor: Santander Consumer USA<br>Address: PO Box 961245<br>Fort Worth TX 76161-1245<br><br>Last 4 Digits of Account No.: 0387<br>VIN: JTHBW1GG8J2194393<br>Description of Collateral:<br>2018 Lexus 300H<br>(Claim #2)<br><br>Check one below:<br>■ Claim incurred 910 days or more pre-petition<br>☐ Claim incurred less than 910 days pre-petition | Value of Collateral: $23,128.56<br>Amount of Creditor's Lien: $24,128.56<br><br>Interest Rate: 10.50% | **Payment**<br>Total paid in plan: $29,827.20<br><br>$497.12 /month (Months 1 to 60 ) |

**3. PERSONAL PROPERTY:** ■ NONE

**C. LIEN AVOIDANCE** ■ NONE

**D. SURRENDER OF COLLATERAL:** ☐ NONE

Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.

■ The debtor(s) elect to surrender to each creditor listed below the collateral that secures the creditor's claim. The debtor(s) request that upon confirmation of this plan the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any codebtor(s) as to these creditors.

☐ Other: _____

| | Name of Creditor | Last 4 Digits of Account No. | Description of Collateral (Address, Vehicle, etc.) |
|---|---|---|---|
| 1. | Fifth 3rd Bank | 2700 | Secured by savings account (Claim #10) |

**E. DIRECT PAYMENTS** ☐ NONE

Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.

The debtor(s) elect to make payments directly to each secured creditor listed below. The debtor(s) request that upon confirmation of this plan the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any codebtor(s) as to these creditors. Nothing herein is intended to terminate or abrogate the debtor(s)' state law contract rights.

| | Name of Creditor | Last 4 Digits of Account No. | Description of Collateral (Address, Vehicle, etc.) |
|---|---|---|---|
| 1. | PBCTC | 2023 | 1500 N Congress Ave West Palm Beach, FL 33401 2023 real estate taxes (Claim #9) |
| 2. | PBCTC | 2023 | 1500 N Congress Ave West Palm Beach, FL 33401 (Claim #8) |

**IV. TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]   ☐ NONE

**A. ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:** ■ NONE

**B. INTERNAL REVENUE SERVICE:** ■ NONE

**C. DOMESTIC SUPPORT OBLIGATION(S):** ■ NONE

**D. OTHER:** ■ NONE

**V. TREATMENT OF UNSECURED NONPRIORITY CREDITORS** ☐ NONE

LF-31 (rev. 04/01/22)

Debtor(s): Cliff Graham _____  Case number: 23-19097-MAM

**A.** Pay _____ $90.00 _____ /month (Months _55_ to _60_ )

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

**B.** ☐ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

**C.** SEPARATELY CLASSIFIED: ☒ NONE

**VI.** **STUDENT LOAN PROGRAM** ☒ NONE

**VII.** **EXECUTORY CONTRACTS AND UNEXPIRED LEASES** ☒ NONE

**VIII.** **INCOME TAX RETURNS AND REFUNDS:**

☒ Debtor(s) shall provide copies of yearly income tax returns to the Trustee (but not file with the Court) no later than May 15th during the pendency of the Chapter 13 case. In the event the debtor(s)' disposable income or tax refunds increase, debtor(s) shall increase payments to unsecured creditors over and above payments provided through the Plan up to 100% of allowed unsecured claims. [Broward/Palm Beach cases]

**IX.** **NON-STANDARD PLAN PROVISIONS** ☒ NONE

### PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____  _____  Debtor                          Date

Cliff Graham

_____  _____  Joint Debtor                    Date

/s/ Drake Ozment, Atty for Debtor(s)    April 30, 2024 _____
                                        Date

Attorney with permission to sign on Debtor(s)' behalf who certifies that the contents of the plan have been reviewed and approved by the Debtor(s).[1]

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph IX.**

---

[1]This certification requirement applies even if the Debtor(s) have executed a limited power of attorney to Debtor(s)' attorney authorizing the attorney to sign documents on the Debtor(s)' behalf.