**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

In re:                                                          Case No. 23-19097-MAM
                                                                Chapter 13

CLIFF GRAHAM,
        Debtor.
_____/

**SECURED CREDITOR, D.B. INVESTMENTS 3, LLC**
**OBJECTION TO CONFIRMATION OF DEBTOR'S AMENDED PLAN**

Secured Creditor, D.B. Investments 3, LLC ("DBI"), hereby files its Objection to Confirmation of Debtor's Ninth Amended Plan [ECF No. 82], and in support thereof states as follows:

**OBJECTION TO CONFIRMATION OF DEBTOR'S PLAN**

1.      DBI does not accept the Debtor's Ninth Amended Plan as proposed in accordance with 11 U.S.C. § 1325(a)(5)(A).

2.      The Debtor's Plan cannot be confirmed because it Sunwood does not accept the Amended Plan so it does not comply with 11 U.S.C. § 1325(a)(5)(A).

3.      The Debtor's Amended Plan cannot be confirmed because it is not feasible in violation of 11 U.S.C. § 1325(a)(6).

4.      Debtor's Amended Plan purports to pay $3,773.01.

5.      According to Schedules I/J, Debtor's available income to pay toward a Chapter 13 Plan is $2,963.00 [ECF No. 19].

6.      The Plan is not feasible and cannot be confirmed.

WHEREFORE, secured creditor, D.B. Investments 3, LLC, respectfully requests this Court enter an order denying confirmation of the Debtor's Ninth Amended Plan [ECF No. 82]; dismissing the instant bankruptcy for failing to present a confirmable plan; and for all other further relief, this Court deems just and proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served this 6th day

of June, 2024 via CM/ECF upon the parties listed below.

Carolyn N. Budnik on behalf of Creditor D.B. Investments 3, LLC
carolyn@cbudlaw.com, cbudnik62@gmail.com

Leslie B Gomez on behalf of Creditor Santander Consumer USA Inc.
lesliemarini@aol.com, gmkouripaecf@gmail.com

Tarek K Kiem on behalf of Creditor Donald Schlichtmann
tarek@kiemlaw.com, efilekiem@yahoo.com; g37996@notify.cincompass.com;
kiem.tarekb124190@notify.bestcase.com

Gerard M Kouri Jr., Esq on behalf of Creditor Santander Consumer USA Inc.
gmkouripaecf@gmail.com, gmkouri@bellsouth.net

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

K Drake Ozment on behalf of Debtor Cliff Graham
ecf@drakeozment.com, drakeozmentlaw@gmail.com;
drake@drakeozment.com;ozmentdr77228@notify.bestcase.com
Hampton Peterson, Esq on behalf of Creditor Palm Beach County Tax Collector
legalservices@PBCTax.com

Dane T. Stanish, Esq. on behalf of Creditor D.B. Investments 3, LLC
stanishd@gmail.com

Scott A Stoloff, Esq on behalf of Attorney Cross Creek Condominium Association
ss@stoloffmanofflaw.com, sf@stoloffmanofflaw.com

Robin R Weiner
ecf@ch13weiner.com, ecf2@ch13weiner.com

By: */s/ Angelena M. Conant*
     Angelena M. Conant, Esq.
     FBN: 101751
     Angelena M. Root, P.A.
     1931 Cordova Road, #303
     Fort Lauderdale, Florida  33316
     Ph: (954) 986-2101
     Fax: (954) 212-0774
     Email: amrootesq@gmail.com