**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

In re:                                                          Case No. 23-19097-MAM
                                                                Chapter 13
CLIFF GRAHAM,
        Debtor.
_____/

**SECURED CREDITOR, D.B. INVESTMENTS 3, LLC**
**AMENDED OBJECTION TO CONFIRMATION OF DEBTOR'S AMENDED PLAN**

Secured Creditor, D.B. Investments 3, LLC ("DBI"), hereby files its Amended Objection to

Confirmation of Debtor's Ninth Amended Plan [ECF No. 82] ("9AP"), and in support thereof states

as follows:

**OBJECTION TO CONFIRMATION OF DEBTOR'S PLAN**

1.      DBI does not accept the 9AP as proposed in accordance with 11 U.S.C. §
1325(a)(5)(A).

2.      The 9AP cannot be confirmed because it DBI does not accept the 9AP so it does not
comply with 11 U.S.C. § 1325(a)(5)(A).

3.      The 9AP cannot be confirmed because it is not feasible in violation of 11 U.S.C. §
1325(a)(6).

4.      The 9AP purports to pay $3,773.01.

5.      According to Schedules I/J, Debtor's available income to pay toward a Chapter 13 Plan
is $2,963.00 [ECF No. 19].

6.      The 9AP payments are 810.01 more than the net disposable income or more than 25%
of same.

7.      The tax certificate holders are being paid direct and outside are not accounted for on
Schedule J.

8.    The 9AP indicates that taxes and insurance going forward are being paid direct and outside are not include on Schedule J either.

9.    Finally, according to any scheduled in thi bankruptcy and the prior bankruptcy, the Debtor has never indicated income required to und the 9AP.

10.    The 9AP  is not feasible and cannot be confirmed.

WHEREFORE, secured creditor, D.B. Investments 3, LLC, respectfully requests this Court enter an order denying confirmation of the Debtor's Ninth Amended Plan [ECF No. 82]; dismissing the instant bankruptcy for failing to present a confirmable plan; and for all other further relief, this Court deems just and proper.

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was served this 6th day of June, 2024 via CM/ECF upon the parties listed below.

Carolyn N. Budnik on behalf of Creditor D.B. Investments 3, LLC
carolyn@cbudlaw.com, cbudnik62@gmail.com

Leslie B Gomez on behalf of Creditor Santander Consumer USA Inc.
lesliemarini@aol.com, gmkouripaecf@gmail.com

Tarek K Kiem on behalf of Creditor Donald Schlichtmann
tarek@kiemlaw.com, efilekiem@yahoo.com; g37996@notify.cincompass.com;
kiem.tarekb124190@notify.bestcase.com

Gerard M Kouri Jr., Esq on behalf of Creditor Santander Consumer USA Inc.
gmkouripaecf@gmail.com, gmkouri@bellsouth.net

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

K Drake Ozment on behalf of Debtor Cliff Graham
ecf@drakeozment.com, drakeozmentlaw@gmail.com;
drake@drakeozment.com;ozmentdr77228@notify.bestcase.com
Hampton Peterson, Esq on behalf of Creditor Palm Beach County Tax Collector
legalservices@PBCTax.com

Dane T. Stanish, Esq. on behalf of Creditor D.B. Investments 3, LLC

stanishd@gmail.com

Scott A Stoloff, Esq on behalf of Attorney Cross Creek Condominium Association
ss@stoloffmanofflaw.com, sf@stoloffmanofflaw.com

Robin R Weiner
ecf@ch13weiner.com, ecf2@ch13weiner.com

By: /s/ Angelena M. Conant
    Angelena M. Conant, Esq.
    FBN: 101751
    Angelena M. Root, P.A.
    1931 Cordova Road, #303
    Fort Lauderdale, Florida  33316
    Ph: (954) 986-2101
    Fax: (954) 212-0774
    Email: amrootesq@gmail.com