# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

**CASE NO.:  23-19097-BKC-MAM**
PROCEEDING UNDER CHAPTER 13

**IN RE:**

CLIFF GRAHAM
XXX-XX-6058

DEBTOR_____/

## TRUSTEE'S MOTION TO DISMISS AND CERTIFICATE OF SERVICE OF COURT GENERATED NOTICE OF HEARING

**COMES NOW**, Robin R. Weiner, Standing Chapter 13 Trustee in the above-referenced bankruptcy case ("Trustee"), and files her Motion to Dismiss pursuant to 11 U.S.C. §1307(c) for the reason(s) set forth below:

1.    A NOTICE OF PAYMENT CHANGE BY CROSS CREEK HOA (CLM#3)

**WHEREFORE**, your movant recommends it is in the best interest of the creditors and the estate that this petition under Chapter 13 be dismissed.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A) and that a true and correct copy of this Trustee's Motion to Dismiss and Certificate of Service of Court Generated Notice of Hearing was served, via U.S. first class mail, certified mail and/or CM/ECF, upon the parties listed on the attached service list this 18th day of February, 2025.

*/s/ Robin R. Weiner*_____
ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
TELEPHONE: 954-382-2001
FLORIDA BAR NO.: 861154

## SERVICE LIST

**COPIES FURNISHED TO:**

**DEBTOR**
CLIFF GRAHAM
PO BOX 222055
WEST PALM BEACH, FL  33422

**ATTORNEY FOR DEBTOR**
DRAKE OZMENT, ESQUIRE
2001 PALM BEACH LAKES BLVD
SUITE 500
WEST PALM BEACH, FL  33409

**CREDITOR(S)**
ANGELENA M. CONANT, ESQUIRE
1931 CORDOVA ROAD SUITE 303
FT LAUDERDALE, FL  33316

ANGELENA M. ROOT, ESQUIRE
1931 CORDOVA ROAD
SUITE 303
FORT LAUDERDALE, FL  33316-2157

CAPITAL ONE
BY AMERICAN INFOSOURCE AS AGENT
POB 71083
CHARLOTTE, NC  28272

CAPITAL ONE
POB 30285
SALT LAKE CITY, UT  84130

CAPITAL ONE BANK (USA) N.A.
BY AMERICAN INFOSOURCE
4515 N SANTA FE AVE.
OKLAHOMA CITY, OK  73118

CAPITAL ONE BANK USA NA
C/O AMERICAN INFOSOURCE, LP
POB 71083
CHARLOTTE, NC  28272

CAROLYN N BUDNIK, ESQUIRE PLLC
4623 NW 53RD AVE SUITE 4
GAINESVILLE, FL  32653

CAROLYN N. BUDNIK
CAROLYN N. BUDNIK, PLLC
4623 NW 53 AVENUE, SUITE 4
GAINESVILLE, FL  32653

CHASE
POB 15298
WILIMINGTON, DE  19850

CROSS CREEK CONDOMINIUM ASSOC
C/O STOLOFF & MANOFF PA
1818 AUSTRALIAN AVE SOUTH, STE 400
WEST PALM BEACH, FL  33409

CROSS CREEK CONDOMINIUM ASSOC INC
1500 N CONGRESS AVE
THE CLUBHOUSE
WEST PALM BEACH, FL  33401

CROSS CREEK CONDOMINIUM ASSOCIATION
C/O STOLOFF & MANOFF PA
1818 AUSTRALIAN AVE S #400
WEST PALM BEACH, FL  33409

CROSS CREEK CONDOMINIUM ASSOCIATION, INC.
C/O STOLOFF & MANOFF, P.A.
1818 AUSTRALIAN AVENUE SOUTH, SUITE 400
WEST PALM BEACH, FL  33409

D.B. INVESTMENTS 3 LLC
409 SE 16 COURT
FORT LAUDERDALE, FL  33316

D.B. INVESTMENTS 3, LLC
409 SE 16 COURT
FT LAUDERDALE, FL  33316

D.B. INVESTMENTS 3, LLC
C/O LAW OFFICES OF DANE STANISH, P.A.
3475 SHERIDAN STREET
SUITE 209
HOLLYWOOD, FL  33021

DB INVESTMENTS 3 LLC
C/O DANE STANISH
3475 SHERIDAN ST #209
HOLLYWOOD, FL 33021

DON SCHLICHTMANN
C/O KALISH & JAGGARS, PLLC
2161 PALM BEACH LAKES BLVD, STE 309
WEST PALM BEACH, FL 33409

DONALD SCHLICHTMANN
4575 CEDAR HILL RD.
COCONUT CREEK, FL 33066

ECMC
LOCKBOX #8682
POB 16478
ST. PAUL, MN 55116-0478

ECMC
POB 16408
ST. PAUL, MN 55116-0408

EDUCATIONAL CREDIT MANAGEMENT CORPORATION
P.O. BOX 16408
ST. PAUL, MN 55116-0408

FIFTH THIRD BANK
ATTN: BANKRUPTCY
MAILDROP RCS83E
1830 E PARIS AVE SE
GRAND RAPIDS, MI

FIFTH THIRD BANK
POB 9013
ADDISON, TX 75001

FIFTH THIRD BANK, N.A.
1830 EAST PARIS S.E MS #RSCB3E
GRAND RAPIDS, MI 49546

ITHINKFINANCIAL
ATTN: BANKRUPTCY
PO BOX 5090
BOCA RATON, FL 33431

JPMORGAN CHASE BANK, N.A.
POB 15368
WILMINGTON, DE  19850

JPMORGAN CHASE BANK, NA
POB 9013
ADDISON, TX  75001

LAW OFFICES OF DANE STANISH, P.A.
CO- COUNSEL FOR D.B. INVESTMENTS 3, LLC
3475 SHERIDAN ST., SUITE 209
HOLLYWOOD, FL  33021

PALM BEACH COUNTY TAX COLLECTOR
POB 3715
ATTN: LEGAL SERVICES
WEST PALM BEACH, FL  33402-3715

QUANTUM 3 GROUP LLC
POB 788
KIRKLAND, WA  98083-0788

QUANTUM3 GROUP LLC
POB 2489
KIRKLAND, WA  98083

SANTANDER CONSUMER USA
PO BOX 961245
FORT WORTH, TX  76161-1245

SANTANDER CONSUMER USA INC.
C/O GERARD M. KOURI, JR, ESQ
5311 KING ARTHUR AVE
DAVIE, FL  33331

SANTANDER CONSUMER USA, INC.
POB 560284
DALLAS, TX  75356

STOLOFF & MANOFF, P.A.
1818 AUSTRALIAN AVE SOUTH
SUITE 400
WEST PALM BEACH, FL  33409

STOLOFF & MANOFF, P.A.
2090 PALM BEACH LAKES BLVD
SUITE 502
WEST PALM BEACH, FL  33409

STOLOFF & MANOFF, P.A.
R/A CROSS CREEK CONDOMINIUM ASSOCIATION, INC.
1818 AUSTRALIAN AVE, #400
WEST PALM BEACH, FL  33409

SYNCHRONY BANK
POB 965060
ORLANDO, FL  32896

TAREK K. KIEM, ESQUIRE
KIEM LAW, PLLC
8461 LAKE WORTH ROAD SUITE 114
LAKE WORTH, FL  33467