**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO.:  23-19097-BKC-MAM**
PROCEEDING UNDER CHAPTER 13

**IN RE:**

CLIFF GRAHAM
XXX-XX-6058

DEBTOR_____/

**REPORT OF NON COMPLIANCE**

**COMES NOW** the Trustee, Robin R. Weiner, Esquire, and reports to the Court as follows:

1.  Pursuant to Administrative Order 98-6, a Notice of Delinquency was served on November 06, 2025, as a result of the Debtor's failure to remain current under the confirmed plan.

2.  The Debtor has not become current.

3.  Accordingly, the Trustee reports that this case should be dismissed.

**WHEREFORE**, the Trustee reports these facts to the Court for appropriate action.
**RESPECTFULLY SUBMITTED** this 7th day of January, 2026.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A) and that a true and correct copy of this  Report Of Non Compliance was served, via U.S. first class mail, certified mail and/or CM/ECF, upon the parties listed on the attached service list this 7th day of January, 2026.

*/s/ Robin R. Weiner*_____
ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
TELEPHONE: 954-382-2001
FLORIDA BAR NO.: 861154

REPORT OF NON COMPLIANCE
CASE NO.:  23-19097-BKC-MAM

## SERVICE LIST

**COPIES FURNISHED TO:**

**DEBTOR**
CLIFF GRAHAM
PO BOX 222055
WEST PALM BEACH, FL  33422

**ATTORNEY FOR DEBTOR**
DRAKE OZMENT, ESQUIRE
2001 PALM BEACH LAKES BLVD
SUITE 500
WEST PALM BEACH, FL  33409